JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE LISAK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-07715-FMO (JCx)<br><br>*District Judge Fernando M. Olguin*<br>*Magistrate Judge Jacqueline Choolijian*<br><br>**ORDER RE JOINT STIPULATION [13] FOR DISMISSAL WITH PREJUDICE** |

　　　　Having read the Parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing, the Court hereby dismisses the above-captioned action with prejudice.

　　　　**IT IS SO ORDERED.**

DATED: March 20, 2020　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　*District Judge Fernando M. Olguin*